UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WILLIAM HOLMES, on his own behalf and others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BACK PORCH OYSTER BAR, INC., PATRICIA CREEF, LEE CREEF, individually and as the owners of the corporate Defendant,<br><br>　　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO.  2:14-cv-261-RWS |

## J U D G M E N T

This action having come before the Court, Honorable Richard W. Story, United States District Judge, for consideration of the Plaintiff's Motion for Attorneys' Fees and Costs, and the Court having granted in part said motion, it is

**Ordered and adjudged** that Plaintiff recover from Defendants $11,715.00 as fees for the attorney and paralegal, expenses and costs in the sum of $776.76, for a total sum of $12,491.76 for attorneys' fees and costs.

Dated at Gainesville, Georgia this 30th day of September, 2016.

　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:  /s Denza F. Bankhead
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
　　September 30, 2016
James N. Hatten
Clerk of Court

By:   s/ Denza F. Bankhead
　　　　　Deputy Clerk